UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS MCARTHUR,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY PUBLIC DEFENDER'S OFFICE, et al.,<br><br>    Defendants. | Case No. 21-cv-09412-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 39 |

On September 22, 2022, Defendants filed a motion to consider whether another party's material should be sealed. (Re: Dkt. No. 39.) Defendants sought to file under seal exhibits that were identified by Plaintiff as being confidential. Per Civil Local Rule 79-5(f), "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Thus, the declaration of Plaintiff was due by September 29, 2022.

To date, Plaintiff has not filed its statement and/or declaration. Accordingly, the Court ORDERS Plaintiff to show cause, by **October 14, 2022**, why the exhibits should not be unsealed by: (1) filing a specific statement of the applicable legal standard and the reasons for keeping a document under seal, which must comply with Civil Local Rule 79-5(c), and (2) explaining why Plaintiff did not timely file its statement and/or declaration. Failure to comply in full will result in the Court denying the motion and ordering the exhibits unsealed. (*See* Civil Local Rule 79-5(f)(3) ("A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."), (6) ("Additionally, overly broad

///

///

///

1  requests to seal may result in the denial of the motion.").)

2  IT IS SO ORDERED.

3  Dated: October 6, 2022

4  _____
KANDIS A. WESTMORE
United States Magistrate Judge