UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS MCARTHUR,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY PUBLIC DEFENDER'S OFFICE, et al.,<br><br>  Defendants. | Case No. 21-cv-09412-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE SCHEDULING CONFERENCE<br><br>Re: Dkt. No. 64 |

This case was referred to Judge Kim for settlement. (Dkt. No. 61.) On March 30, 2023, Judge Kim held a scheduling conference, at which Plaintiff failed to appear despite direct communications between Judge Kim and counsel both before and at the time of the scheduled conference. (Dkt. No. 64.) Defense counsel, in turn, appeared 20 minutes late. (*Id.*)

Accordingly, counsel for both parties are ORDERED TO SHOW CAUSE, in writing, by no later than April 13, 2023, why they should not pay monetary sanctions in the amount of $500 for their failure to appear and/or late appearance at the scheduling conference.

IT IS SO ORDERED.

Dated: April 7, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge